No. 98–8974.  GRAY v. DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 98–8984.  THOMPSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 98–8986.  GOHEEN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–8989.  HARRISON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–8992.  CHARGOIS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 98–8993.  COLEMAN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 98–8994.  BERRY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–8996.  ALLEN v. HENDERSON, POSTMASTER GENERAL. C. A. 6th Cir.  Certiorari denied.

No. 98–8997.  BUNDY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–9000.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–9001.  HENNINGS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 98–9003.  GUNWALL v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 98–9004.  GARLOCK, AKA HALSEY v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 98–9005.  HAESE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–9007.  MUHAMMAD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 98–9009.  BARTALOME JIMENO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.